WILFRED VAN WART et al., Respondents, *v.* CHARLES STILL-
MAN, Appellant.

(Argued November 21, 1876; decided November 28, 1876.)

*James R. Cox* for the appellant.

*William A. Jenner* for the respondents.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

———————

JAMES McLEAN et al., Respondents, *v.* CHARLES HEALD,
Appellant.

(Argued November 21, 1876; decided November 28, 1876.)

*John A. Godfrey* for the appellant.

*James Dunne* for the respondents.

Agree to affirm on opinion below.   All concur.
Order affirmed.